**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

December 15, 2014

Hon. Rene A. Guerra
Criminal District Attorney
Hidalgo County Courthouse
100 N. Closner, Room 303
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Mr. Jose Manuel Magana Suria
#1297062
James V. Allred Unit
2101 F.M. 369 N.
Iowa Park, TX 76367

Re:       Cause No. 13-14-00708-CR
Tr.Ct.No. CR-0759-04-C
Style:    In Re  Jose Manuel Magana Suria

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    139th District Court (DELIVERED VIA E-MAIL)
       Hon. Laura Hinojosa, Hidalgo County District Clerk (DELIVERED VIA E-MAIL)
       Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region
       (DELIVERED VIA E-MAIL)